**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
In re:

BROADWAY EQUITY HOLDINGS LLC,

                              Debtor.
-----------------------------------------------------------------X
BROADWAY EQUITY HOLDINGS LLC,


                              Plaintiff,

        -against-

152 BROADWAY HAVERSTRAW NY LLC,
BLUE BEVERAGE GROUP, INC., JOSEPH
GOLDBERGER, TOBY WEINBERGER, MFT
HOLDINGS    LLC,    ESTATE    OF    JENO
GUTTMAN, RYVKIE GOLDBERGER, LAND
TRACK TITLE AGENCY, LLC, VILLAGE OF
HAVERSTRAW    RECEIVER    OF    TAXES,
COMMISSIONER    OF    FINANCE    OF    THE
COUNTY OF ROCKLAND, NEW YORK STATE
DEPARTMENT OF TAXATION AND FINANCE,
"JOHN DOE NO. 1" through "JOHN DOE NO.
10", and said names being fictitious, it being the
intention of Plaintiff to designate all persons,
partnerships, corporations, or other entities in
possession of the premises, as tenant or otherwise
any/or all persons or entities having or claiming an
interest in said premises,


                              Defendants.
-----------------------------------------------------------------X

|  |  |
|---|---|
| Chapter 11 | |
| Case No. 17-22242 (RDD) | |
| Adversary Case No. 17-8215 (RDD) | |
| **NOTICE OF APPEARANCE** | |

        **PLEASE TAKE NOTICE** that the undersigned hereby appears in this matter, as the

attorney for 52 BROADWAY HAVERSTRAW NY LLC, BLUE BEVERAGE GROUP, INC.,

JOSEPH GOLDBERGER, TOBY WEINBERGER, MFT HOLDINGS LLC, ESTATE OF

JENO GUTTMAN, and RYVKIE GOLDBERGER and demands that all papers be served upon

them at the below address.  Please mark your records accordingly.


Dated:   New York, New York

1

July 14, 2017

THE LAW OFFICE OF JEFFREY FLEISCHMANN

.

By:  /s/ Jeffrey Fleischmann
       Jeffrey Fleischmann (JF-3172)
150 Broadway, Suite 900
New York, New York 10038
Tel: (646) 657-9623
 jf@lawjf.com