WILLIAM K. HARRINGTON  
United States Trustee for Region 2  
U.S. Department of Justice  
Office of the United States Trustee  
U.S. Federal Building  
201 Varick Street, Room 1006  
New York, New York 10014  
Tel. (212) 510-0500  
By: Greg M. Zipes, Trial Attorney  

HEARING DATE: October 23, 2019  
HEARING TIME: 10:00 a.m.  

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-----------------------------------------------------X  
In re                                              :  
                                                   :   Case No. 17-22242-rdd  
Broadway Equity Holdings LLC,                      :  
                                                   :   (Chapter 11)  
                       Debtor.                     :  
-----------------------------------------------------X  

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Court will hold a status conference in this case on November 1, 2019 at 10:00 a.m. at the request of the United States Trustee.

Dated: New York, New York  
         August 30, 2019  

                                                         WILLIAM K. HARRINGTON  
                                                         UNITED STATES TRUSTEE  

                                                  By:    /s/ Greg M. Zipes  
                                                         Greg M. Zipes  
                                                         Trial Attorney  
                                                         201 Varick Street, Room 1006  
                                                         New York, New York 10014  
                                                         Tel. No. (212) 510-0500